Dayton Supply Corporation, Respondent, v. Samuel Vitt, Also Known as Sam Witkowsky, Ida Vitt, Also Known as Ida Witkowsky, Michael Vitt, Also Known as Michael Witkowsky, Appellants, and Abraham Schwartz, Respondent.— Action to foreclose two mechanics' liens, one filed by the plaintiff, a material man, and the other filed by the defendant Schwartz for labor and

materials. Judgment in favor of the plaintiff Dayton Supply Corporation and defendant Schwartz, and order denying motion of appellants for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs. The testimony upon which the motion for a new trial is based is not available to private litigants. (*Lewis* v. *Roux Trucking Corporation,* 222 App. Div. 204; *Semple* v. *County Trust Co.,* 255 id. 794.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.